IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LAWRENCE MOSLEY, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:06-CV-73 (HL) |
| Officer ANDERSON, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 7) filed August 29, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time alloted.

**SO ORDERED,** this the 10th day of October, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**