IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION


LAWRENCE MOSLEY,                                   :
                                                   :
        Plaintiff,                                 :
                                                   :
VS.                                                :        CIVIL ACTION FILE NO.
                                                   :        **7: 06-CV-73 (HL)**
OFFICER ANDERSON, et al.,                          :
                                                   :
        Defendants                                 :
_____

## RECOMMENDATION

   Defendants have filed  motions to dismiss for plaintiff's failure to prosecute (docs 24 and 27).

The undersigned notified plaintiff of the filing of the motion; however, plaintiff has failed to file

any response to the motion.

   Plaintiff filed the current action on August 9, 2006.  In December of 2006, plaintiff called the

clerk of court to advise that he had been released from prison and that his address had changed as

a consequence thereof.

   Plaintiff has failed to conduct any discovery in this action, or otherwise prosecute the same.

   By an order dated August 29, 2006 (doc. 8),  the undersigned advised plaintiff that he should

diligently prosecute this action or face its dismissal under Federal Rules of Civil Procedure Rule

41(b).

   After having afforded plaintiff an opportunity to respond to defendants' motions and to show

cause why this action should not be dismissed, the undersigned finds a clear record of delay and

a wilful failure of the plaintiff to take meaningful action to prosecute this action.   It is the further

finding of the undersigned that lesser sanctions will not suffice; therefore, it is the

RECOMMENDATION of the undersigned that this action be **DISMISSED** with prejudice in its entirety. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 9th day of January, 2008.

//S Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE