**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **LAWRENCE MOSLEY,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **CASE NO. 7:06-CV-73 (HL)** |
| | : | |
| **Officer ANDERSON, et al,** | : | |
| Defendants | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 29) filed January 9, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by the plaintiff within the time allowed.

**SO ORDERED,** this the 6th day of February, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**